```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    TATIANA FILIPPOVA
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    SHANE JOHNSON
 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,     ) No. 10-00239-GGH
                                  )
13              Plaintiff,        )
                                  ) STIPULATION AND ORDER
14       v.                       )
                                  )
15  SHANE JOHNSON,                ) Date:  October 13, 2010
                                  ) Time:  9:00 a.m.
16              Defendant.        ) Judge: Hon. Gregory G. Hollows
                                  )
17  _____ )

18
```

19     IT IS HEREBY STIPULATED between the parties through their
20 respective counsel, Matthew C. Stegman, Assistant United States
21 Attorney, and Linda Harter, Chief Assistant Federal Defender, attorney
22 for SHANE JOHNSON, that the Court vacate the court trial date set for
23 October 13, 2010 at 9:00 a.m.  We respectfully request the Court set a
24 court trial date for November 3, 2010 at 9:00 a.m.
25     At present, additional time is needed to conduct an investigation
26 into the events surrounding the charge against Mr. Johnson.  The
27 parties were informed by the court that the dates requested above were
28 available opportunities for the case to be heard.  The parties also

agree that the ends of justice served by granting defendant's request for a continuance, outweigh the best interest of the public and the defendant in a speedy trial, because the defense requires more time to prepare and negotiate a resolution.  18 U.S.C. § 3161(h)(7)(A).

Dated:  October 12, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda Harter
_____
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
SHANE JOHNSON

Dated: October 12, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Heiko Coppola for
_____
MATTHEW C. STEGMAN
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.
[Because this is a "petty offense" case, Speedy Trial Act considerations do not apply]

Dated: October 12, 2010      /s/ Gregory G. Hollows
                             Gregory G. Hollows
                             United States Magistrate Judge

Stipulation and Order                -2-