1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  ROBERT D. SWEETIN
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2806

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   Mag. No. 10-00239 GGH
                                  )
12            Plaintiff,          )   Order
                                  )
13      v.                        )
                                  )
14 SHANE M. JOHNSON,              )   DATE:  November 17, 2010
                                  )   TIME:  9:00 a.m.
15            Defendant.          )   JUDGE: Hon. Gregory G. Hollows
   _____)

16

17      It is Hereby Ordered that the United States of America's

18 motion to dismiss Mag. No. 10-00293 GGH is GRANTED.

19      IT IS SO ORDERED.

20 Dated: November 18, 2010

21                                /s/ Gregory G. Hollows
                                  _____
22                                United States Magistrate Judge

23

24

25

26
                          johnson0293.dsm
27

28